**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PNX BOTANICALS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>CHEMTECH SERVICES INC., an Illinois Corporation, DOES I-X, and ROE CORPORATIONS XI-XX<br><br>Defendants. | Case No.: 3:20-cv-00186-RCJ-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE OPPOSITIONS TO MOTIONS (ECF 5, 6)**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1 and 6-2, Plaintiff PNX BOTANICALS, LLC and Defendant CHEMTECH SERVICES INC., by and through their undersigned counsel, hereby agree and stipulate to extend the time for Plaintiff to file oppositions to Defendant's Motion to Transfer Pursuant to 28 U.S.C. § 1404(a), or, Alternatively, to Dismiss for *Forum Non Conveniens* (ECF No. 5) and Defendant's Motion to Dismiss Pursuant to FRCP 12(b)(6) (ECF No. 6) (collectively, "Motions"). Defendant filed the Motions on March 30, 2020. The current deadline to file oppositions to the Motions is April 13, 2020.

A conflict has arisen for Plaintiff's counsel as there are previous briefing schedules and hearings in other matters and delays due to the COVID-19 pandemic. Accordingly, the parties, by and through counsel, request that the deadline for Plaintiff to file its oppositions be extended to May 4, 2020 to allow a 3-week extension.

/ / /



HANDELIN LAW
P.O. Box 4568, Carson City, NV 89702
[P] 775-882-8032 [F] 888-474-7751

This is the first stipulation to revise the briefing schedule for the Motions and is not intended to cause any undue delay or prejudice any party.

DATED:  April 8, , 2020　　　　DATED:  April 8, , 2020

HANDELIN LAW, LTD　　　　　　　McDONALD CARANO, LLP

By: */s/ Amber J. Handy*
　　AMBER J. HANDY, ESQ.
　　STEVEN P. HANDELIN, ESQ.
　　P.O. BOX 4568
　　Carson City, NV 89702
　　775.882.8032
　　steve@handelinlaw.com
　　amber@handelinlaw.com

By: */s/ Chelsea Latino*
　　LEIGH T. GODDARD (NV Bar No. 6315
　　CHELSEA LATINO (NV Bar No. 14227)
　　100 W. Liberty St., Tenth Floor
　　Reno, NV 89501
　　(775) 788-2000
　　lgoddard@mcdonaldcarano.com
　　clatino@mcdonaldcarano.com

*Attorneys for Plaintiff*　　　　　　　*Attorneys for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 10, 2020